TCL
AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

DESMOND DURELLE GRAHAM

Case No. 22-mj-362 JFD

## CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

### Count 1—Carjacking

On or about March 11, 2022, in Hennepin County, in the State and District of Minnesota, defendant took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the vehicle's owner, by force, violence, and intimidation, with the intent to cause death and serious bodily harm,

in violation of Title 18, United States Code, Section 2119.

### Count 2—Kidnapping

On or about March 11, 2022, in Hennepin County, in the State and District of Minnesota, defendant did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and hold for reward, S.F., and, in furtherance of the commission of the offense, used Interstate 94, a means, facility, and instrumentality of interstate commerce,

in violation of Title 18, United States Code, Section 1201(a)(1).

I further state that I am a Special Agent of the Federal Bureau of Investigation and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof: ☒Yes ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3)

Christopher V. Langert
FBI Special Agent
_____
*Printed name and title*

Date: April 29, 2022

City and State: St. Paul, MN

_____
*Judge's Signature*

John F. Docherty
United States Magistrate Judge
_____
*Printed Name and Title*