TCL
AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

UNITED STATES OF AMERICA

v.

DESMOND DURELLE GRAHAM

Case No. 22-mj-362 JFD

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DESMOND DURELLE GRAHAM,
who is accused of an offense or violation based on the following document filed with the court:

___ Indictment   ___ Superseding Indictment   ___ Information   ___ Superseding Information   _X_ Complaint
___ Probation Violation Petition   ___ Supervised Release Violation Petition   ___ Violation Notice   ___ Order of the Court

### Count 1—Carjacking

On or about March 11, 2022, in Hennepin County, in the State and District of Minnesota, defendant took a motor vehicle that had been transported, shipped, and received in interstate and foreign commerce from the vehicle's owner, by force, violence, and intimidation, with the intent to cause death and serious bodily harm,

in violation of Title 18, United States Code, Section 2119.

### Count 2—Kidnapping

On or about March 11, 2022, in Hennepin County, in the State and District of Minnesota, defendant did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and hold for reward, S.F., and, in furtherance of the commission of the offense, used Interstate 94, a means, facility, and instrumentality of interstate commerce,

in violation of Title 18, United States Code, Section 1201(a)(1).

Date: April 29, 2022

*Issuing officer's signature*

City and State: St. Paul, MN

John F. Docherty
United States Magistrate Judge
*Printed Name and Title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . <br><br>Date:_____ <br><br>SUBSCRIBED and SWORN before me by reliable electronic means via FaceTime, Zoom, and email pursuant to Fed. R. Crim. P. 41(d)(3) | _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |