UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
Plaintiff,
v.
DESMOND DURELLE GRAHAM,
Defendant,

Criminal No. 22-mj-362 JFD

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum    ( ) Ad Testificandum

Name of Detainee: DESMOND DURELLE GRAHAM
Detained at (custodian): HENNEPIN COUNTY

The government is requesting the **investigating agency** to transport detainee.

Detainee is:  a.)  (X) charged in this district by: Complaint
                  Charging Detainee With: Carjacking
  or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  ( ) return to the custody of detaining facility upon termination of this proceeding
  or  b.)  (X) be retained in federal custody until final disposition of federal charges.

Appearance is necessary on May 2, 2022 at 1:30 p.m. in the courtroom of The Honorable John F. Docherty.

Dated: April 29, 2022

s/Thomas Calhoun-Lopez
THOMAS CALHOUN-LOPEZ, AUSA

## WRIT OF HABEAS CORPUS

(X) Ad Prosequendum    ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this case, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

April 29, 2022
Date

John F. Docherty
UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | | |
|---|---|---|---|---|
| A.K.A.(s) (if applicable): | | Gender: | Male |
| Booking or Fed. Reg.#: | 2022004466 | DOB: | xx/xx/1990 |
| Facility Address: | 350 South Fifth Street | Race: | |
| | Minneapolis, MN 55415 | FBI #: | |
| Facility Phone: | 612-348-5112 | | |
| Currently Incarcerated For: | Kidnapping | | |

**RETURN OF SERVICE**

Executed on _____ by _____ _____
                                                                                                  (Signature)