IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: JOHN F. DOCHERTY |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:   22-mj-362 JFD |
| | ) | Date:   May 2, 2022 |
| Desmond Durelle Graham, | ) | Video Conference |
| | ) | Time Commenced:   1:26 p.m. |
| Defendant, | ) | Time Concluded:   1:36 p.m. |
| | | Time in Court:   10 minutes |

APPEARANCES:

Plaintiff: Benjamin Bejar, Assistant U.S. Attorney
Defendant: Doug Micko and Robert Meyers, Assistant Federal Public Defender
   X FPD      X To be appointed

Date Charges Filed: 5/2/2022      Offense: carjacking; kidnapping

X Advised of Rights

on      X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered


Next appearance date is May 4, 2022 at 11:00 a.m. via video conference before U.S. Magistrate Judge John F. Docherty for:
   X Detention hrg      X Preliminary hrg


Additional Information:
X Defendant consents to this hearing via video conference.
X Oral Rule5(f) Brady notice read on the record.

s/SAE
Signature of Courtroom Deputy