# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>             Plaintiff, )<br>  )<br>v.   )<br>  )<br>Desmond Durelle Graham, )<br>  )<br>             Defendant. ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:   JOHN F. DOCHERTY<br>U.S. Magistrate Judge<br><br>Case No:         22-mj-362 JFD<br>Date:              May 4, 2022<br>Video Conference<br>Time Commenced:   11:02 a.m.<br>Time Concluded:    12:07 p.m.<br>Time in Court:       1 hour, 5 minutes |

**X PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 1 hour/5 minutes

APPEARANCES:

   Plaintiff: Harry Jacobs, Assistant U.S. Attorney
   Defendant: Ryan Pacyga,
             X CJA

On   X Complaint

X Deft Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:
X Defendant consents to this hearing via video conference.

Detention waived and reserved.

Christopher Langert testified.

                                                         s/JAM
                                             Signature of Courtroom Deputy