# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT MINUTES - CRIMINAL** |
| ) | BEFORE:  JOHN F. DOCHERTY |
| Plaintiff, ) | U.S. Magistrate Judge |
| ) | |
| v.    ) | Case No:   22-mj-362 JFD |
| ) | Date:   May 4, 2022 |
| Desmond Durelle Graham, ) | Video Conference |
| ) | Time Commenced:   11:02 a.m. |
| Defendant. ) | Time Concluded:   12:07 p.m. |
| | Time in Court:   1 hour, 5 minutes |

**X PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 1 hour/5 minutes

APPEARANCES:

   Plaintiff: Harry Jacobs, Assistant U.S. Attorney
   Defendant: Ryan Pacyga,
          X CJA

On   X Complaint

X Deft Detained - Govt to submit proposed order

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:
X Defendant consents to this hearing via video conference.

Detention waived and reserved.

Christopher Langert testified.

                                                           s/JAM
                                            Signature of Courtroom Deputy

M:\templates\Det Prelim Min.wpt                                    Template Updated: 06/2013