UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 22-MJ-362 (JFD)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) **MOTION TO DISMISS** |
| DESMOND DURELLE GRAHAM, | ) |
| Defendant. | ) |

The United States of America, by and through its attorneys, Andrew M. Luger, United States Attorney for the District of Minnesota, and Thomas Calhoun-Lopez, Assistant United States Attorney, hereby moves the Court for an order dismissing the Complaint (Document No. 1) against the above-named Defendant, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

The Defendant remains charged in Hennepin County District Court for the same underlying conduct as the federal complaint in this case. After consultation with the Hennepin County Attorney's Office, the United States believes that the interests of justice would be best served by resolution in the charges in Hennepin County District Court. The United States therefore requests that the complaint be dismissed, so that the Defendant can address his charges in state court.

Dated:   May 31, 2022

          Respectfully Submitted,

          ANDREW M. LUGER
          United States Attorney


          *s/ Thomas Calhoun-Lopez*
          BY:   THOMAS CALHOUN-LOPEZ
          Assistant U.S. Attorney